THE STATE v. WEBER, Appellant.

Division Two, December 2, 1902.

Appeal from Dent Circuit Court.—*Hon. L. B. Wood-
side,* Judge.

AFFIRMED.

*J. W. Callahan* and *J. M. Stephens* for appellant.

*Edward C. Crow,* Attorney-General, for the State.

SHERWOOD, P. J.—Indictment for assault with
intent to kill America Stiles, by shooting her with a
gun.

Testimony ample to sustain the charge; verdict—

guilty as charged, but without malice; punishment assessed at lowest limit in the penitentiary; instructions such as by this court have been frequently approved.

Therefore, judgment affirmed.

All concur.